628

No. —, original. EX PARTE J. R. PALMER. April 4, 1938. Motion for leave to file petition for writ of habeas corpus denied.

No. 16, original. MISSOURI v. IOWA. April 4, 1938. The answer of the defendant is received and ordered filed.

No. 805. INDIANA EX REL. VALENTINE v. MARKER, TRUSTEE. Decided April 11, 1938. *Per Curiam:* The petition for writ of certiorari is granted and the judgment is reversed upon the authority of *Indiana ex rel. Anderson* v. *Brand, ante,* p. 95. MR. JUSTICE BLACK dissents. *Messrs. Paul R. Shafer* and *Thomas F. O'Mara* for petitioner. No appearance for respondent.

No. —. PALKA v. WALKER, WARDEN. April 11, 1938. The application for stay of execution pending filing of petition for writ of certiorari is denied.

No. 647. BATES MANUFACTURING Co. v. UNITED STATES. January 31, 1938. Petiton for writ of certiorari to the Circuit Court of Appeals for the First Circuit granted. *Messrs. Charles B. Rugg, F. Brian Holland,* and *Warren F. Farr* for petitioner. *Solicitor General Reed, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *F. E. Youngman* for the United States. By leave of Court, *Messrs. Theodore B. Benson* and *John Jennings, Jr.* filed a brief on behalf of Pinnacle Mills, as *amicus curiae,* in support of petitioner.